```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2789
 5
 6
 7               IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )
10                               )   Cr. S-07-0373-GEB
               Plaintiff,        )
11                               )
          v.                     )   STIPULATION AND
12                               )   [PROPOSED] ORDER
    JORGE MOLINA ALONSO,         )
13                               )
               Defendant.        )
14  _____)
```

15      It is hereby stipulated between the parties, Plaintiff United
16 States of America, by and through United States Attorney McGregor W.
17 Scott and Assistant United States Attorney Phillip A. Talbert, and
18 Defendant Jorge Molina Alonso, through his attorney Chris Haydn-
19 Myer, as follows:
20      It is agreed that the status conference date of September 28,
21 2007 be vacated and that a new status conference date of November 2,
22 2007, at 9:00 a.m. be set.
23      The continuance of the status conference is necessary because
24 defense counsel is reviewing the approximately 111 pages of
25 documents and compact disk of photograph files that the government
26 recently produced in discovery and is conducting related defense
27 investigation.  This case arises out of an investigation that
28 utilized Title III court-authorized wire interceptions, and some of

the discovery produced by the government relates to those interceptions.

Accordingly, the parties jointly request a new status conference date of November 2, 2007, and that the time period from September 28, 2007, to and including November 2, 2007 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: September 25, 2007        /s/Chris Haydn-Myer
                                 CHRIS HAYDN-MYER
                                 Attorney for Defendant
                                 JORGE MOLINA ALONSO
                                 By PAT per telephone authorization

Dated: September 25, 2007        McGREGOR W. SCOTT
                                 United States Attorney


                                  /s/Phillip A. Talbert
                                 PHILLIP A. TALBERT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for September 28, 2007, be vacated and a new status conference be scheduled on November 2, 2007, at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from September 28, 2007 to November 2, 2007, under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), for defense preparation and based on a finding by the Court that the ends of justice served by

1  granting a continuance outweigh the best interest of the public and
2  each of the defendants in a speedy trial.
3  September 28, 2007

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```