FILED
October 29, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR. S-07-0373 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JORGE MOLINA ALONSO, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JORGE MOLINA ALONSO  , Case No.  CR. S-07-0373 GEB  , Charge  Title 21 USC § 846  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 225,000 (secured by real property)

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        __  (Other)  with pretrial supervision and conditions

Issued at  Sacramento, CA  on  October 29, 2007  at  3:50 pm .

By  GREGORY G. HOLLOWS
Gregory G. Hollows
United States Magistrate Judge