```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2789
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,   )
10                              )    Cr. S-07-0373-GEB
              Plaintiff,        )
11                              )
         v.                     )    STIPULATION AND
12                              )    [PROPOSED] ORDER
    JORGE MOLINA ALONSO,        )
13                              )
              Defendant.        )
14  _____)
```

15      It is hereby stipulated between the parties, Plaintiff United
16 States of America, by and through United States Attorney McGregor W.
17 Scott and Assistant United States Attorney Phillip A. Talbert, and
18 Defendant Jorge Molina Alonso, through his attorney Chris Haydn-
19 Myer, as follows:
20      It is agreed that the status conference date of November 2,
21 2007 be vacated and that a new status conference date of December 7,
22 2007, at 9:00 a.m. be set.
23      The continuance of the status conference is necessary because
24 defense counsel continues to review the approximately 111 pages of
25 documents and compact disk of photograph files that the government
26 recently produced in discovery and to conduct related defense
27 investigation.  This case arises out of an investigation that
28 utilized Title III court-authorized wire interceptions, and some of

1

the discovery produced by the government relates to those interceptions.

Accordingly, the parties jointly request a new status conference date of December 7, 2007, and that the time period from November 2, 2007, to and including December 7, 2007 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 1, 2007     /s/Chris Haydn-Myer
                            CHRIS HAYDN-MYER
                            Attorney for Defendant
                            JORGE MOLINA ALONSO
                            By PAT per telephone authorization

Dated: November 1, 2007     McGREGOR W. SCOTT
                            United States Attorney


                             /s/Phillip A. Talbert
                            PHILLIP A. TALBERT
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED that the status conference currently set for November 2, 2007, be vacated and a new status conference be scheduled on December 7, 2007, at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from November 2, 2007 to December 7, 2007, under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), for defense preparation and based on a finding by the Court that the ends of justice served by granting a

1  continuance outweigh the best interest of the public and each of the
2  defendants in a speedy trial.

Dated:   November 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge