CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
JORGE MOLINA ALONSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-07-0373 GEB |
| Plaintiff, | STIPULATION; [PROPOSED] ORDER |
| v. | DATE: December 7, 2007 |
| JORGE MOLINA ALONSO, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

Defendant, JORGE MOLINA ALONSO, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

It is hereby stipulated that the status conference currently set for December 7, 2007, be vacated and a new status conference be scheduled on February 8, 2008 at 9:00 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to February 8, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendant time to further review

1  the discovery and to adequately prepare.

2      This case arises out of an investigation that utilized Title III
3  court-authorized wire interceptions, and some of the discovery produced
4  by the government relates to those interceptions.

6  Dated: December 6, 2007

7                                                     Respectfully submitted,

8                                                     /s/ Christopher Haydn-Myer
9                                                     CHRISTOPHER HAYDN-MYER
                                                   Attorney for Defendant
10                                                  JORGE MOLINA ALONSO

11 DATED: December 6, 2007        McGREGOR W. SCOTT
                                                 United States Attorney

13                                                /S/ Christopher Haydn-Myer for
                                               PHILLIP A. TALBERT
                                               Assistant U.S. Attorney
14                                                Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for December 7, 2007, be vacated and a new status conference be scheduled on February 8, 2008 at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to February 8, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

Dated:  December 7, 2007

                                               GARLAND E. BURRELL, JR.
                                               United States District Judge