CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net


Attorney for Defendant
JORGE MOLINA ALONSO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-0373 GEB |
| ) | |
| Plaintiff, ) | STIPULATION; [PROPOSED] ORDER |
| ) | |
| v. ) | |
| ) | DATE: February 8, 2008 |
| JORGE MOLINA ALONSO, ) | TIME: 9:00 a.m. |
| ) | COURT: Hon. Garland E. Burrell, |
| Defendant. ) | Jr. |
| ) | |
| _____ ) | |
| ) | |

Defendant, JORGE MOLINA ALONSO, through Christopher Haydn-Myer,

Attorney At Law, and the United States of America, through Assistant

U.S. Attorney Jill Thomas, agree as follows:

It is hereby stipulated that the status conference currently set

for February 8, 2008, be vacated and a new status conference be

scheduled on March 14, 2008 at 9:00 a.m.

It is further stipulated and agreed between the parties that the

time under the Speedy Trial Act should be excluded from today's date to

March 14, 2008, under Local Code T4, Title 18, United States Code

section 3161(h)(8)(B)(iv), to give the defendant time to further review

the discovery and to adequately prepare.  Further, AUSA Phillip A.

Talbert has been promoted to a supervisory position, and a new

1   prosecutor has been assigned to this case.  The additional time will

2   allow the newly assigned prosecutor time to prepare offers for the

3   defendant.

4        This case arises out of an investigation that utilized Title III

5   court-authorized wire interceptions, and some of the discovery produced

6   by the government relates to those interceptions.

7   Dated: February 8, 2008

8                                   Respectfully submitted,

9                                   /s/ Christopher Haydn-Myer

10                                  _____
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
11                                  JORGE MOLINA ALONSO

12  DATED: February 8, 2008         McGREGOR W. SCOTT
                                    United States Attorney
13  _____

                                    /S/ Christopher Haydn-Myer for
14                                  JILL THOMAS
                                    Assistant U.S. Attorney
15                                  Attorney for Plaintiff

16

17                          **ORDER**

18  FOR  GOOD  CAUSE  SHOWN,  IT  IS  SO  ORDERED  that  the  status  conference

    currently set for February 8, 2008, be vacated and a new status conference
19
    be scheduled on March 14, 2008 at 9:00 a.m., and the time under the Speedy
20
    Trial Act should be excluded from today's date to March 14, 2008, under
21
    Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).
22

23  Dated:  February 8, 2008

24

25                                  _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
26

27

28                              2