CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
JORGE MOLINA ALONSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>      v.                              )<br>                                      )<br> JORGE MOLINA ALONSO,                  )<br>                                      )<br>            Defendant.                )<br>                                      )<br> _____ )<br>                                      ) | CR. NO. S-07-0373 GEB<br><br>STIPULATION; [PROPOSED] ORDER<br><br>DATE: March 14, 2008<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

    Defendant, JORGE MOLINA ALONSO, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Jill Thomas, agree as follows:

    It is hereby stipulated that the status conference currently set for March 14, 2008, be vacated and a new status conference be scheduled on April 25, 2008 at 9:00 a.m.

    It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to April 25, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendant time to further review the discovery and to adequately prepare.  Further, AUSA Phillip A. Talbert has been promoted to a supervisory position, and Ms. Jill

1   Thomas has been assigned to this case.  The additional time will allow
2   the newly assigned prosecutor time to prepare an offer for the
3   defendant.  Counsel has contacted the prosecution about an offer.
4       This case arises out of an investigation that utilized Title III
5   court-authorized wire interceptions, and some of the discovery produced
6   by the government relates to those interceptions.
7   Dated: March 12, 2008

                                        Respectfully submitted,

                                        /s/ Christopher Haydn-Myer
                                        _____
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
                                        JORGE MOLINA ALONSO

12  DATED: March 12, 2008               McGREGOR W. SCOTT
                                        United States Attorney

                                        /S/ Christopher Haydn-Myer for
                                        JILL THOMAS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for March 14, 2008, be vacated and a new status conference be scheduled on April 25, 2008 at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to April 25, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

Dated:  March 14, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2