McGREGOR W. SCOTT
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-07-373 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER |
| | ) | |
| JORGE MOLINA ALONSO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Jill Thomas, and Defendant Jorge Molina Alonso through his attorney Chris Haydn-Myer, as follows:

Defendant Alonso and the United States submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the parties are working toward a final disposition and need additional time to finalize the proposed plea agreement.  The parties stipulate and agree that the interests

1

1 of justice served by granting this continuance outweigh the best
2 interests of the public and the defendant in a speedy trial.
3     It is agreed that the status conference date of April 25, 2008
4 be vacated and that a new status conference date of May 30, 2008, at
5 9:00 a.m. be set.

                                    Respectfully submitted,
DATED: April 17, 2008               McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Jill Thomas
                                    JILL THOMAS
                                    Assistant U.S. Attorney

DATED: April 17, 2008

                                    /s/ Christopher Haydn-Myer for
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
                                    By JT per email authorization

                                   ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference
currently set for April 25, 2008, be vacated an a new status
conference be scheduled on May 30, 2008, at 9:00 a.m., and the time
under the Speedy Trial Act should be excluded from today's date to
May 30, 2008, under Local Code T4, Title 18, United States Code
Section 3161(h)(8)(B)(iv).  The Court finds that interests of
justice served by granting this continuance outweigh the best
///
///
///
///

2

interests of the public and the defendant in a speedy trial.

Dated:  April 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge