CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
JORGE MOLINA ALONSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 07-0373 GEB |
| ) Plaintiff, ) | SUBSTITUTION OF COUNSEL FOR DEFENDANT JORGE MOLINA ALONSO |
| v. ) | |
| JORGE MOLINA ALONSO, ) | |
| ) Defendant. ) | |
| _____ ) | |

   Pursuant to Local Rule 83-182, Defendant, JORGE MOLINA ALONSO, hereby requests and agrees to the substitution of his current attorney Mr. Christopher Haydn-Myer for Mrs. Dina Santos because of a conflict of interest that has recently occurred.

Dated: May 30, 2008

I consent to the substitution.     /s/Christopher Haydn-Myer for
                                   JORGE MOLINA ALONSO

I consent to the substitution.     /s/Christopher Haydn-Myer for
                                   DINA SANTOS

I consent to the substitution.     /s/Christopher Haydn-Myer
                                   CHRISTOPHER HAYDN-MYER

**ORDER**

**IT IS HEREBY ORDERED** that Christopher Haydn-Myer is hereby relieved as attorney of record in this matter, and Dina Santos is substituted in as attorney of record for Defendant Jorge Molina Alonso.

Dated: May 30, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2