DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JORGE MOLINA ALONSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JORGE MOLINA ALONSO,<br>　　　Defendant.<br>_____ | No. CRS 07-373 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date　August 22, 2008<br>Time:　9:00 a.m.<br>Judge: Hon. Judge England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jorge Molina Alonso, that the status conference scheduled for July 25, 2008, be vacated and the matter be continued to this Court's criminal calendar on August 22, 2008, at 9:00 a.m.

　　This continuance is requested by the defense in order to permit counsel to conduct investigation and continue in negotiations with the prosecution and prepare a defense.

　　**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 22, 2008 date, and that Ms. Thomas has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

Dated: July 23, 2008        /S/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for
                            Jorge Molina Alonso

Dated: July 23, 2008         /S/ Jill Thomas
                            JILL THOMAS
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:  July 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                  2