Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-2213

Counsel for Mr. JORGE MOLINA ALONSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 07-373 GEB |
| Plaintiff, | STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE TO INCLUDE PROGRAM OF MEDICAL OR PSYCHIATRIC TREATMENT |
| v. | |
| JORGE MOLINA ALONSO, | |
| Defendant. | |

**BACKGROUND**

Mr. Jorge Molina Alonso expressed to U.S. Pretrial Services Officer Becky Fidelman that he is greatly depressed and has suicide ideation. Ms. Fidelman urges that he be placed in counseling immediately but needs the following pretrial release condition to be added. Mr. Alonso is in agreement with this additional inclusion.

**STIPULATION**

It is hereby stipulated by and between the parties hereto that an additional pretrial condition of release be added as follows:

////

////

9. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

Dated: March 13, 2009  /s/ *Ms. Jill Thomas* (by RMH)

_____
Ms. Jill Thomas, Esq.
Assistant U.S. Attorney
Counsel for the Plaintiff

Dated: March 13, 2009  /s/ *Mr. Robert M. Holley*

_____
Mr. Robert M. Holley
Counsel for Mr. Alonso

**ORDER**

**Good Cause Appearing**, it is so ordered.

Dated: March 13, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge