1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S 07-373-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE/ MOTION HEARING, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JORGE MOLINA ALONSO, | |
| Defendant. | |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, and defendant Jorge Molina Alonso, through his counsel of record, Robert M. Holley, Esq., hereby stipulate and agree that the status conference/motion hearing set for July 10, 2009, be continued to July 24, 2009, at 1:30 p.m.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of July 24, 2009, at 1:30 p.m., for the status conference/motion hearing.

1

Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United States Code section 3161(h)(8)(B)(iv), to give the defendant time to further review the discovery and to adequately prepare

IT IS SO STIPULATED.

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

Dated: May 11, 2009        By:  /s/ Jill M. Thomas
                                             JILL M. THOMAS
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

DATED: May 11, 2009        By:  /s/ Robert M. Holley
                                             ROBERT M. HOLLEY
                                             Attorney for Defendant
                                             JORGE MOLINA ALONSO

_____

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference/motion hearing as set forth above.

The Court finds excludable time as set forth above to and including July 24, 2009.

**IT IS SO ORDERED.**

Dated: May 11, 2009

                                               GARLAND E. BURRELL, JR.
                                               United States District Judge