1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2781

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) CR S 07-373-GEB
                                   )
12                  Plaintiff,     ) STIPULATION AND [PROPOSED] ORDER
                                   ) RESETTING STATUS CONFERENCE/
13             v.                  ) MOTION HEARING, AND EXCLUDING
                                   ) TIME UNDER THE SPEEDY TRIAL ACT
14                                 )
                                   )
15  JORGE MOLINA ALONSO,           )
                                   )
16                  Defendant.     )
    _____)

17

18       The United States of America, through its counsels of record,

19  Lawrence G. Brown, Acting United States Attorney for the Eastern

20  District of California, and Jill M. Thomas, Assistant United States

21  Attorney, and defendant Jorge Molina Alonso, through his counsel of

22  record, Robert M. Holley, Esq., hereby stipulate and agree that the

23  status conference/motion hearing set for July 24, 2009, be continued

24  to August 14, 2009, at 1:30 p.m.  Additionally the parties ask that

25  the motion schedule be set as follows:

26       Defense Motion due June 12, 2009 be extended to June 26, 2009;

27  Governments Opposition due June 26, 2009 be extended to July 17,

28  2009; and

                                   1

Defense Reply due July 6, 2009, be extended to July 31, 2009.

     The parties need additional time for preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of August 14, 2009, at 1:30 p.m., for the status conference/motion hearing.

     Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United States Code section 3161(h)(8)(B)(iv), to give the defendant time to further review the discovery and to adequately prepare

IT IS SO STIPULATED.

                              LAWRENCE G. BROWN
                              Acting United States Attorney

Dated: May 14, 2009          By:  /s/ Jill M. Thomas
                                  JILL M. THOMAS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


DATED: May 14, 2009          By:  /s/ Robert M. Holley
                                  ROBERT M. HOLLEY
                                  Attorney for Defendant
                                  JORGE MOLINA ALONSO

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference/motion hearing as set forth above.

The motion schedule is set as follows:

Defense Motion due June 26, 2009; Government Opposition due July 17, 2009; and Defense Reply due July 31, 2009.

The Court finds excludable time as set forth above to and including August 14, 2009.

**IT IS SO ORDERED.**

Dated: May 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge