```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2781
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR S 07-373-GEB
                                 )
12                   Plaintiff,  ) STIPULATION AND [PROPOSED] ORDER
                                 ) RESETTING THE GOVERNMENT'S
13                               ) MOTION IN OPPOSITION
                                 )
14  JORGE MOLINA ALONSO,         )
                                 )
15                   Defendant.  )
16  _____ )
```

17      The United States of America, through its counsels of record,
18 Lawrence G. Brown, Acting United States Attorney for the Eastern
19 District of California, and Jill M. Thomas, Assistant United States
20 Attorney, respectfully asks this Court to reset the Government's
21 Motion in Opposition, which is currently due July 17, 2009, to July
22 22, 2009.  Robert M. Holley, Esq., counsel for the defendant does
23 not object to this continuance.  The government needs additional
24 time for preparation.

25      Defense Motion to Suppress was filed on June 26, 2009;
26 Governments Opposition due July 17, 2009, be extended to July 22,
27 2009;and Defense Reply remains due July 31, 2009.  The status
28 conference/motion hearing has been set for August 14, 2009, at 1:30

1

1  p.m. (The parties continue to request the August 14, 2009 for the
2  hearing.)  All speedy trial time exclusions previously stated remain
3  in place.

```
                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

Dated: July 15, 2009                By:  /s/ Jill M. Thomas
                                    JILL M. THOMAS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


DATED: July 15, 2009                By:  /s/ Robert M. Holley
                                    ROBERT M. HOLLEY
                                    Attorney for Defendant
                                    JORGE MOLINA ALONSO
```

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that

The Government's Opposition due July 17, 2009, be continued to July 22, 2009.

**IT IS SO ORDERED.**

Dated:   July 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

3