```
Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone:  (916) 443-2213


Attorney for Defendant Jorge Molina Alonso
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CRS 07-373 GEB |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) SENTENCING AND SETTING NEW |
| v. | ) PRESENTENCE SCHEDULE |
| JORGE MOLINA ALONSO | ) |
| Defendant. | ) |
| _____ | ) |

**STIPULATION**

Because of an inadvertent communication deficiency in the presentence process, it is hereby requested by all parties that the sentencing date of October 30, 2009 at 9:00 a.m. be vacated and a new sentencing date of **Friday, January 15, 2010 at 9:00 a.m.** be set in it's place and that the following schedule for disclosure of the presentence report and for the filing of objections thereto, if any, be ordered.

**Judgement and Sentencing Date:**            January 15, 2010
                                              9:00 a.m.

**Reply, or Statement of Non-Opposition:**    January 8, 2010

Motion for correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than:                                           **December 31, 2009**

The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than:   **December 18, 2009**

Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than:   **December 11, 2009**

The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than:   **November 27, 2009**

Dated: October 23, 2009            /s/ *Ms. Jill Thomas* (by RMH)
_____
Ms. Jill Thomas, Esq.
Assistant U.S. Attorney
Counsel for the Plaintiff

Dated: October 23, 2009            /s/ *Mr. Robert M. Holley*
_____
Mr. Robert M. Holley
Counsel for Mr. Alonso

## ORDER

**Good Cause Appearing**, it is so ordered.

Dated: October 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge