IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA, | ) | Case №: 2:07-cr-0373 WBS |
| Plaintiff, | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) ) | |
| Jorge Molina Alonso, | ) ) | |
| Defendant, | ) ) | |

This defendant seeks appointed counsel to help determine if he qualifies for early termination of his conditions for release. The Federal Defender has determined that a panel attorney should be appointed. Toni White is appointed to represent the above defendant in this case effective *nunc pro tunc* to February 16, 2021.

This appointment shall remain in effect until further order of this court.

Dated: February 18, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL       1