UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>   v.<br>JORGE MOLINA ALONSO,<br>           Defendant. | No. 2:07-cr-373 WBS<br><br>ORDER |

----oo0oo----

Defendant Jorge Molina Alonso has filed a Motion for Early Termination of Supervised Release. (Docket No. 67.) Defendant alleges that he is in compliance with all of the terms and conditions of his supervised release and that he has completed approximately 33 months of his 60 month term. However, defendant also advises that the Probation Officer responsible for his supervision does not support this motion and that she is in favor of waiting until defendant has completed two thirds of his term of supervision before considering early termination.

Upon consideration of the relevant sentencing factors

1

set forth in 18 U.S.C. §§ 3551(a), the court is not satisfied that defendant's conduct and the interests of justice warrant early termination of his term of supervised release. See 18 U.S.C. §§ 3583(e)(1). Defendant's Motion for Early Termination of Supervised Release is therefore DENIED.

IT IS SO ORDERED.

Dated: May 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE